PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Sep 16, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN JOHN MARTIN,<br><br>Defendant. | CASE NO. 1:21-CR-00228-DAD-BAM<br><br>18 U.S.C. § 922(g)(9) – Possession of Firearm and Ammunition by Person with Prior Conviction for Misdemeanor Crime of Domestic Violence; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

INDICTMENT

COUNT ONE: [18 U.S.C. § 922(g)(9) – Possession of Firearm and Ammunition by Person with Prior Conviction for Misdemeanor Crime of Domestic Violence]

The Grand Jury charges:

BENJAMIN JOHN MARTIN,

defendant herein, as follows:

On or about September 2, 2021, in the State and Eastern District of California, the defendant, knowing that he had a prior conviction for a misdemeanor crime of domestic violence, to wit:

Battery committed against a spouse, person with whom the defendant is cohabiting, person who

1  is the parent of the defendant's child, former spouse, fiancé, or fiancée, or a person with whom
2  the defendant currently has, or has previously had, a dating or engagement relationship, in
3  violation of California Penal Code Section 243(e)(1), on or about December 21, 2018, in Fresno
4  County Superior Court Case No. F18901304,
5  did knowingly possess a firearm, to wit:
6     a. a Benelli 12-Gauge Shotgun, Model: Super Black Eagle II, with Serial Number U452103B,
7     b. a Kimber .45 Caliber Pistol, Model: Raptor 2, with Serial Number KR85106, and
8     c. one round of Santa Barbara 7.62 X 51 mm ammunition,
9  in and affecting interstate or foreign commerce, in that said firearms and ammunition had previously
10 been transported in interstate or foreign commerce, all in violation of 18, United States Code, Section
11 922(g)(9).
12
13 <u>FORFEITURE ALLEGATION</u>:  [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture]
14    1. Upon conviction of the offense alleged in Count One of this Indictment, defendant
15 BENJAMIN JOHN MARTIN shall forfeit to the United States pursuant to Title 18, United States Code,
16 Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition
17 involved in or used in the knowing commission of the offenses.
18    2. If any property subject to forfeiture, as a result of the offense alleged in Count One of this
19 Indictment, for which defendants are convicted:
20    a. cannot be located upon the exercise of due diligence,
21    b. has been transferred or sold to, or deposited with, a third party,
22    c. has been placed beyond the jurisdiction of the Court,
23    d. has been substantially diminished in value, or
24    e. has been commingled with other property which cannot be divided without difficulty,
25 it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as
26 ///
27 ///
28 ///

INDICTMENT     2

1  incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of
2  defendants, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA
_____
FOREPERSON

PHILLIP A. TALBERT
Acting United States Attorney

By:  **KIRK E. SHERRIFF**
KIRK E. SHERRIFF
Assistant United States Attorney
Chief, Fresno Office