(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL, #42500**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
angel@nuttallcoleman.com

ATTORNEYS FOR Defendant,
BENJAMIN JOHN MARTIN

UNITED STATES DISTRICT COUNT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BENJAMIN JOHN MARTIN,<br><br>　　　　Defendant. | Case No: 1:21cr00228<br><br>**STIPULATION TO MODIFY CONDITIONS**<br>**OF RELEASE AND ORDER THERE** |

**TO THE UNITED STATES DISTRICT COURT:**

　　**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that Defendant, BENJAMIN MARTIN'S, conditions of release be modified to relieve Defendant from the requirement of posting two property bonds to secure his release. The parties agree that the Defendant's release can be secured with the posting of one property bond – the property of Cara Gray – so long as there is $200,000 equity in that property. If the equity falls below $200,000 at any time, the Parties agree that two full property bonds with a total equity of at least $200,000 must be posted. The Defendant agrees to provide the government with documentation sufficient to confirm the equity in Ms. Grey's property every six months so long as the Defendant remains on pre-trial release.

On September 8, 2021, Judge Erica P. Grosjean ordered Defendant released on location monitoring, a $15,000 cash bond, and full property bonds of the property of Cara Gray and Brian Martin, to be posted on or before October 8, 2021, in case numbers 1:21mj00091 and 1:21mj00092.

Subsequently, Defendant was arraigned in the District of Columbia in case number, 1:21mj00555 (related to 1:21mj00091).  The Judge in the District of Columbia removed the out of District property bonds as a condition of Defendant's release in case number 1:21-mj-00555.

Subsequently, Brian Martin's property became unavailable due to it being essentially incumbered.

Counsel has communicated with Pre-Trial Services Officer, Frank Guerrero, who is agreeable to this request.

**IT IS SO STIPULATED.**

Dated: October 7, 2021.			Respectfully Submitted,

						NUTTALL & COLEMAN

						/s/ Roger T. Nuttall

						ROGER T. NUTTALL
						Attorney for Defendant,
						BENJAMIN MARTIN

Dated: October 7, 2021.			UNITED STATES ATTORNEY'S OFFICE

						/s/ Joseph Barton

						 JOSEPH BARTON
						Assistant U.S. Attorney

## **ORDER**

**GOOD CAUSE APPEARING THEREFORE,**

**IT IS HEREBY ORDERED** that Defendant BENJAMIN MARTIN'S pretrial release conditions are amended to require the posting of one property bond for property belonging to Cara Gray with equity of no less than $200,000. All other Conditions of Release, not modified herein, will remain in full force and effect.

IT IS SO ORDERED.

Dated: __October 7, 2021__

_____
UNITED STATES MAGISTRATE JUDGE