(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL, #42500**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO,CA  93721
PHONE (559) 233-2900
FAX (559) 485-3852
angel@nuttallcoleman.com

ATTORNEYS FOR Defendant,
         BENJAMIN JOHN MARTIN

UNITED STATES DISTRICT COUNT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00228 DAD BAM |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF CASH BOND** |
| BENJAMIN JOHN MARTIN, | |
| Defendant. | |

   **GOOD CAUSE APPEARING THEREFOR,**

   **IT IS HEREBY ORDERED** that the cash bond of $15,000.00 be returned to Bryan Martin as a $200,000.00 property bond has been posted in Defendant, BENJAMIN MARTIN'S, case.

IT IS SO ORDERED.

   Dated:   **October 18, 2021**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28