PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00228-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | |
| BENJAMIN MARTIN, | DATE: June 22, 2022<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Barbara A. McAuliffe |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for June 22, 2022, at 1:00 p.m., may be continued until October 12, 2022, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The defendant has been appointed new counsel. The government is producing discovery to the defendant's new counsel and he requires time to investigate and get up to speed on the case. The parties agree that time under the Speedy Trial Act shall be excluded through October 12, 2022, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  June 6, 2022

   */s/ Hootan Baigmohammadi*
Hootan Baigmohammadi
Counsel for Benjamin Martin

Dated:  June 6, 2022

   */s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00228-DAD-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| BENJAMIN MARTIN, | |
| Defendant. | |

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for June 22, 2022, at 1:00 p.m., is continued until **October 12, 2022, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through October 12, 2022, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **June 8, 2022**           /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE