1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. Martin
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,    ) Case No. 1:21cr228-DAD
11                              )
              Plaintiff,        ) **STIPULATION AND ORDER TO WITHDRAW**
12                              ) **MR. MARTIN'S EMERGENCY MOTION TO 1)**
         vs.                    ) **QUASH THE SEARCH WARRANT; 2) GRANT**
13                              ) **LEAVE TO FILE FURTHER MOTIONS; AND 3)**
   BENJAMIN JOHN MARTIN,        ) **STAY EXECUTION OF SEARCH WARRANT**
14                              )
              Defendant.        ) Judge: Hon. Sheila K. Oberto
15                              )

16     IT IS HEREBY STIPULATED and agreed by and between United States Attorney

17 Phillip A. Talbert, through Assistant United States Attorney Joseph Barton, counsel for Plaintiff,

18 and Federal Defender Heather Williams, through Assistant Federal Defender Hootan

19 Baigmohammadi, counsel for Defendant Benjamin John Martin as follows.

20     1. On August 18, 2022, Mr. Martin requested to file under seal a motion to 1) quash the

21        search warrant; 2) grant leave to file further motion; and 3) stay execution of the

22        search warrant, along with attached exhibits A-D and a declaration from defense

23        counsel. He also requested that the motions be heard on August 22, 2012.

24     2. Mr. Martin now moves, without government opposition, to withdraw said request and

25        motions.

26     3. Mr. Martin will voluntarily comply with the execution of the government's search

27        warrant and thus the motions are moot.

28

Stipulation and [Proposed] Order to       -1-        *United States v. Martin*,
Withdraw Motions                                     1:21cr228-DAD

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 19, 2022

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Martin


Date: August 19, 2022

PHILLIP A. TALBERT
United States Attorney

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney
Attorneys for Plaintiff

1 **O R D E R**

2 The Court, having received and considered the parties' stipulation, and good cause

3 appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5 IT IS SO ORDERED.

6

7 Dated: 8/19/2022                              *Sheila K. Oberto*
                                                HON. SHEILA K. OBERTO
8                                               United States Magistrate Judge