PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00228-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | |
| BENJAMIN MARTIN, | DATE:   October 12, 2022<br>TIME:   1:00 p.m.<br>JUDGE:  Hon. Barbara A. McAuliffe |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for October 12, 2022, at 1:00 p.m., may be continued until December 14, 2022, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The defendant was appointed new counsel in May 2022. Defense counsel requires additional time to review the discovery and investigate the case. The parties agree that time under the Speedy Trial Act shall be excluded through December 14, 2022, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  October 4, 2022        */s/ Hootan Baigmohammadi*
                                Hootan Baigmohammadi
                                Counsel for Benjamin Martin

Dated:  October 4, 2022        */s/ Joseph Barton*
                                JOSEPH BARTON
                                Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. BENJAMIN MARTIN, Defendant. | Case No. 1:21-cr-00228-DAD-BAM ORDER |
|---|---|

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for October 12, 2022, at 1:00 p.m., is continued until **December 14, 2022, at 1:00 p.m., before the Honorable Barbara A. McAuliffe.** The period through December 14, 2022, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **October 5, 2022**            /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

3