HEATHER E. WILLIAMS, #122664
Federal Defender
HOOTAN BAIGMOHAMMADI, #279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700 / Fax: 916-498-5710

Attorney for Defendant
Mr. Martin

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>            Plaintiff,        )<br>                              )<br>      v.                      )<br>                              )<br> BENJAMIN JOHN MARTIN,         )<br>                              )<br>            Defendant.        )<br>                              )<br>                              ) | Case No.  1:21-CR-00228-ADA-BAM<br><br>STIPULATION AND ORDER RE MR. MARTIN'S MOTION TO COMPEL DISCOVERY AT ECF NO. 68<br><br>Judge: Hon. Barbara A. McAuliffe<br>Date: September 13, 2023<br>Time: 1:00 p.m. |

The parties in this matter stipulate as follows:

1. Mr. Martin may be present at an evidence-viewing at the FBI field office to inspect the firearms and ammunition seized in the instant case subject to the following conditions:

    a. Mr. Martin will be subject to the search of his person and things.

    b. Mr. Martin may not possess a phone while in the field office.

    c. Mr. Martin may not harass any government employees.

    d. An agent must be present in the evidence room at all times with the defense team.

    e. No audio/video recordings are allowed.

2. Mr. Martin's motion to compel discovery is now moot and the above-referenced motion hearing scheduled before the Court on September 13, 2023 at 1:00 a.m. shall be vacated.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Date: September 8, 2023 | HEATHER E. WILLIAMS<br>Federal Defender |
|   | */s/ Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Mr. Martin |
|   |   |
| Date: September 8, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
|   | */s/ Joseph Barton*<br>JOSEPH BARTON<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The motion hearing scheduled on September 13, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe is vacated.

IT IS SO ORDERED.

Dated:  **September 8, 2023**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE