HEATHER E. WILLIAMS, #122664
Federal Defender
HOOTAN BAIGMOHAMMADI, #279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700 / Fax: 916-498-5710

Attorney for Defendant
Mr. Martin

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:21CR228-ADA-BAM |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER RE MOTION TO SUPPRESS AT ECF NO. 75 |
| v. | ) ) | |
| BENJAMIN JOHN MARTIN, | ) ) | Judge: Hon. Ana de Alba Date: December 4, 2023 |
| Defendant. | ) ) ) | Time: 8:30 a.m. |

The parties in this matter stipulate and request that the motion to suppress filed at ECF no. 75 follow the same motion schedule as identified at ECF no 67:

Motion due: 9/15/23

Opposition due: 10/16/23

Reply due: 11/17/23

Motion hearing: 12/4/23 at 8:30 a.m.

//

//

//

Stipulation and [Proposed] Order re Motion to Suppress      -1-      *United States v. Martin*, 1:21cr228-ADA-BAM

|   |   |
|---|---|
|   | Respectfully submitted, |
| Date: September 20, 2023 | HEATHER E. WILLIAMS<br>Federal Defender |
|   | */s/ Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Mr. Martin |
| Date: September 20, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
|   | */s/ Joseph Barton*<br>JOSEPH BARTON<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:   September 22, 2023                    _____
                                                UNITED STATES DISTRICT JUDGE