PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00228-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION RE EXCLUDABLE TIME |
| v. | |
| BENJAMIN MARTIN, | |
| Defendant. | |

A hearing regarding the defendant's pending motion to dismiss the indictment and motion to suppress evidence was scheduled for December 4, 2023. The period through December 4, 2023, was already excluded under the Speedy Trial Act. On October 31, 2023, the Court, *sua sponte*, continued the hearing on the motions until December 12, 2023. Accordingly, the parties agree that time under the Speedy Trial Act may also be excluded from December 5, 2023, through December 12, 2023, pursuant to 18 U.S.C. §§3161(h)(1)(D).

///

///

///

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

     IT IS SO STIPULATED

Dated: November 2, 2023      */s/ Hootan Baigmohammadi*
                                               Hootan Baigmohammadi
                                               Counsel for Benjamin Martin

Dated: November 2, 2023      */s/ Joseph Barton*
                                               JOSEPH BARTON
                                               Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00228-ADA-BAM |
|---|---|
| Plaintiff, | ORDER RE EXCLUDABLE TIME |
| v. | |
| BENJAMIN MARTIN, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, time under the Speedy Trial Act is excluded from December 5, 2023, through December 12, 2023, pursuant to 18 U.S.C. §§ 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: __November 3, 2023__    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

4