HEATHER E. WILLIAMS, #122664
Federal Defender
HOOTAN BAIGMOHAMMADI, #279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700 / Fax: 916-498-5710

Attorney for Defendant
Mr. Martin

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:21CR228-ADA-BAM |
| Plaintiff, | STIPULATION AND ORDER RE SUR-REPLY AND MOTION HEARING |
| v. | |
| BENJAMIN JOHN MARTIN, | Judge: |
| Defendant. | Date:December 12, 2023<br>Time: 9:00 a.m. |

At the direction of the Court, the parties have met, conferred, and stipulate as follows:

1. The government may file a sur-reply related to Mr. Martin's Motion to Dismiss the Indictment (ECF no. 76) that is to be filed no later than **December 19, 2023**.

2. The parties request that the motion hearing for Mr. Martin's Motion to Suppress Evidence (ECF no. 75) and Motion to Dismiss the Indictment (ECF no. 76) currently scheduled for December 12, 2023 be continued to **January 15, 2024**.

3. The parties agree that time shall be excluded through January 15, 2024 pursuant to 18 U.S.C. § 3161(h)(1)(D) (delay resulting from pretrial motions).

//

//

//

Stipulation and Order re Motion to
Suppress

-1-

*United States v. Martin*,
1:21cr228-ADA-BAM

1

2
Respectfully submitted,

Date: November 20, 2023          HEATHER E. WILLIAMS
3                                 Federal Defender

4                                 */s/  Hootan Baigmohammadi*
                                  HOOTAN BAIGMOHAMMADI
5                                 Assistant Federal Defender
                                  Attorneys for Mr. Martin
6

7

8
Date: November 20, 2023          PHILLIP A. TALBERT
9                                 United States Attorney

10                                */s/ Joseph Barton*
                                  JOSEPH BARTON
11                                Assistant United States Attorney
                                  Attorneys for Plaintiff
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order re Motion          -2-          *United States v. Martin*,
to Suppress                                                      1:21cr228-ADA-BAM

1

2

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:   **November 28, 2023**

_____
UNITED STATES DISTRICT JUDGE