HEATHER E. WILLIAMS, #122664
Federal Defender
HOOTAN BAIGMOHAMMADI, #279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700 / Fax: 916-498-5710

Attorney for Defendant
Mr. Martin

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:21-CR-00228-NODJ-BAM |
| Plaintiff, | AMENDED STIPULATION AND ORDER RE MOTION HEARING |
| v. | |
| BENJAMIN JOHN MARTIN, | Judge:<br>Date: January 15, 2024<br>Time: 9:00 a.m. |
| Defendant. | |

The parties stipulate as follows:

1. By previous order, the Court continued the motion hearing for Mr. Martin's Motion to Suppress Evidence (ECF no. 75) and Motion to Dismiss the Indictment (ECF no. 76) to January 15, 2024.  ECF no. 87.

2. The Court subsequently informed the parties that January 15, 2024 is a federal holiday.

3. The parties request that the motion hearing currently scheduled for January 15, 2024 be continued to **January 16, 2024 at 9 a.m**.

4. The parties agree that time shall be excluded through January 16, 2024 pursuant to 18 U.S.C. § 3161(h)(1)(D) (delay resulting from pretrial motions).

//

-1-

Respectfully submitted,

Date: December 4, 2023

HEATHER E. WILLIAMS
Federal Defender

*/s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Mr. Martin

Date: December 4, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney
Attorneys for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

IT IS SO ORDERED that the motion hearing is continued from January 15, 2024, to **January 16, 2024, at 8:30 a.m. in Courtroom 5 before the District Judge**.


IT IS SO ORDERED.

Dated:   **December 5, 2023**          /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE