PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:21-cr-00228-ADA-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | |
| BENJAMIN MARTIN, | |
| Defendant. | |

On February 5, 2024, the Court issued an order denying the defendant's motion to dismiss the indictment and motion to suppress evidence.  The Court also scheduled a status conference for February 14, 2024.  The parties now agree to continue the status conference until February 28, 2024, so that defense counsel can have adequate time to meet with his client, consider whether to enter into plea negotiations with the government, and decide on a trial date. Therefore, the parties also agree that time under the Speedy Trial Act may be excluded from February 7, 2024, through February 28, 2024, for defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

///

///

The parties further agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

　　　　IT IS SO STIPULATED

Dated:  February 7, 2024

　　　　　　　　　　　　　　　　　　　/s/ Hootan Baigmohammadi
　　　　　　　　　　　　　　　　　　Hootan Baigmohammadi
　　　　　　　　　　　　　　　　　　Counsel for Benjamin Martin

Dated:  February 7, 2024

　　　　　　　　　　　　　　　　　　　/s/ Joseph Barton
　　　　　　　　　　　　　　　　　　JOSEPH BARTON
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:21-cr-00228-ADA-BAM |
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| BENJAMIN MARTIN, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the status conference that is scheduled for February 14, 2024, is continued until **February 28, 2024, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time under the Speedy Trial Act is excluded from February 14, 2024, through February 28, 2024, for defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).  The February 28, 2024 hearing is an *in person* court appearance for counsel and defendant.

IT IS SO ORDERED.

Dated:   **February 8, 2024**          /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE