HEATHER E. WILLIAMS, #122664
Federal Defender
HOOTAN BAIGMOHAMMADI, #279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700 / Fax: 916-498-5710

Attorney for Defendant
Mr. Martin

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1:21-CR-00228-NODJ-BAM |
| Plaintiff, | ) ) | STIPULATION AND ORDER RE: JURY TRIAL |
| v. | ) ) | |
| BENJAMIN JOHN MARTIN, | ) ) | Judge: Hon. Barbara A. McAuliffe |
| Defendant. | ) ) | Date: February 28, 2024 Time: 1:00 p.m. |
| | ) ) | |

The parties stipulate as follows:

1.  At the direction of the Court, the parties have met, conferred, and stipulate that the jury trial in this matter be set for **September 24, 2024**.

2.  The government anticipates their case-in-chief taking two days.

3.  For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between February 28, 2024 and September 24, 2024, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).  The parties agree that the requested exclusion would provide them with the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence, and therefore the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Martin in a speedy trial.

-1-     *United States v. Martin*,
1:21cr228-NODJ-BAM

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Date: February 21, 2024            HEATHER E. WILLIAMS
                                   Federal Defender

                                   */s/  Hootan Baigmohammadi*
                                   HOOTAN BAIGMOHAMMADI
                                   Assistant Federal Defender
                                   Attorneys for Mr. Martin


Date: February 21, 2024            PHILLIP A. TALBERT
                                   United States Attorney

                                   */s/ Joseph Barton*
                                   JOSEPH BARTON
                                   Assistant United States Attorney
                                   Attorneys for Plaintiff

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

IT IS SO ORDERED that the status conference set for February 28, 2024, is vacated. A jury trial is set for **September 24, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Estimate time of trial is **<u>2-3 days</u>**. A trial confirmation is set for **September 9, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded through trial pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).


IT IS SO ORDERED.

Dated:   **February 22, 2024**        /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE