PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00228-NODJ-BAM |
|---|---|
| Plaintiff, | JOINT STATUS REPORT AND STIPULATION TO VACATE STATUS CONFERENCE; ORDER |
| v. | |
| BENJAMIN JOHN MARTIN, | |
| Defendant. | |

The defendant has informed that government that he does not want to proceed with a jury trial on September 24, 2024, as scheduled. Instead, he wants to waive his right to a jury trial and proceed with a stipulated facts bench trial before that date. Therefore, the parties will file an appropriate stipulation of fact and any other required documentation with the Court within the next couple of weeks. The parties will also coordinate with chambers to get a district judge assigned to the case and pick a date for the stipulated facts bench trial.

///

///

///

The parties agree that the status conference scheduled for August 14, 2024, can be vacated.

Dated:  August 12, 2024                             By:   */s/ Joseph Barton*
                                                            Joseph Barton
                                                            Robert Veneman-Hughes
                                                            Assistant United States Attorneys

Dated:  August 12, 2024                             By:   */s/ Hootan Baigmohammadi*
                                                            Hootan Baigmohammadi
                                                            Douglas Beevers
                                                            Counsel for Benjamin Martin

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00228-NODJ-BAM |
| Plaintiff, | ORDER TO VACATE STATUS CONFERENCE |
| v. | |
| BENJAMIN JOHN MARTIN, | |
| Defendant. | |

IT IS SO ORDERED that the status conference is continued from August 14, 2024, to **September 11, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. The parties shall be prepared to discuss the status of stipulations of fact and setting a new trial date. Should the parties arrange for a district judge to be assigned to the case and pick a date for the stipulated facts bench trial before the September 11, 2024 conference, they may vacate the hearing. The trial date of September 24, 2024 and trial confirmation of September 9, 2024 are VACATED. Time has already been excluded through September 24, 2024.
IT IS SO ORDERED.

Dated:   **August 13, 2024**                /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE