PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
ROBERT VENEMAN-HUGHES
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00228-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO SCHEDULE STIPULATED FACTS BENCH TRIAL AND VACATE STATUS CONFERENCE |
| v. | |
| BENJAMIN JOHN MARTIN, | |
| Defendant. | |

The parties agree that this case can be scheduled for a stipulated facts bench trial on September 10, 2024, at 9:00 a.m., before the Honorable Jennifer L. Thurston. The parties also agree that they will file a stipulation of fact and any necessary waivers by the defendant or other required paperwork by August 27, 2024. The status conference that is scheduled for September 11, 2024, can be vacated.

Time under the Speedy Trial Act has already been excluded through September 24, 2024. Out of an abundance, the parties request that the Court further exclude time from August 20,

2024, through September 10, 2024, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  August 20, 2024

*/s/ Hootan Baigmohammadi*
Hootan Baigmohammadi
Douglas Beevers
Counsel for Benjamin Martin

Dated:  August 20, 2024

*/s/ Joseph Barton*
JOSEPH BARTON
ROBERT VENEMAN-HUGHES
Assistant United States Attorneys

1 | PHILLIP A. TALBERT
United States Attorney
2 | JOSEPH D. BARTON
ROBERT VENEMAN-HUGHES
3 | Assistant United States Attorneys
2500 Tulare Street, Suite 4401
4 | Fresno, CA 93721
Telephone: (559) 497-4000
5 | Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00228-NODJ-BAM |
|---|---|
| Plaintiff, | ORDER TO SCHEDULE STIPULATED FACTS BENCH TRIAL AND VACATE STATUS CONFERENCE |
| v. | |
| BENJAMIN JOHN MARTIN, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, this case is scheduled for a stipulated facts bench trial on September 10, 2024, at 9:00 a.m., before the Honorable Jennifer L. Thurston. The parties must file a stipulation of fact and any necessary waivers by the defendant or other required paperwork by August 27, 2024. The status conference that is scheduled for September 11, 2024, is vacated.

Time under the Speedy Trial Act has already been excluded through September 24, 2024. Time is further excluded from August 20, 2024, through September 10, 2024, for purposes of

defense preparation and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv)

IT IS SO ORDERED.

Dated: __August 20, 2024__                                              _____
                                                                                                          UNITED STATES DISTRICT JUDGE