HEATHER E. WILLIAMS, #122664
Federal Defender
HOOTAN BAIGMOHAMMADI, #279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700 / Fax: 916-498-5710

Attorney for Defendant
Mr. Martin

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21CR228-NODJ-BAM |
| Plaintiff, | STIPULATION OF FACT RE: BENCH TRIAL |
| v. | |
| BENJAMIN JOHN MARTIN, | Judge: Hon. Jennifer L. Thurston |
| Defendant. | Date: September 10, 2024<br>Time: 9:00 a.m. |

The parties stipulate that the following facts are true and correct for the bench trial:

1. On September 2, 2021, federal agents executed search warrants at Martin's residence in Madera County, State and Eastern District of California.

2. There was a large safe in the garage of the residence.

3. In a recorded call that took place on September 2, 2021, Martin referred to the safe as "my big one."

4. Amongst other things, the safe contained the following:

    a. a Benelli 12-gauge shotgun, Model: Super Black Eagle II, with serial number U452103B;

    b. a Kimber .45 Caliber Pistol, Model: Raptor 2, with serial number KR85106; and

      c. Martin's United States Passport, birth certificate, and various other documents pertaining to Martin.

5. On top of the safe was one round of Santa Barbara 7.62 X 51 mm ammunition.

6. Martin knowingly possessed the firearms and ammunition in question.

7. The firearms and ammunition in question had previously been transported in interstate or foreign commerce.

8. At the time Martin possessed the firearms and ammunition in question, Martin had a prior conviction for a misdemeanor crime of domestic violence, to wit:

      a. Battery committed against a spouse with whom the defendant is cohabiting, person who is the parent of the defendant's child, former spouse, fiancé, or fiancée, or a person with whom the defendant has, or has previously had, a dating or engagement relationship, in violation of California Penal Code Section 243(e)(1) on or about December 21, 2018, in Fresno County Superior Court Case no. F18901304.

9. Martin's prior conviction in question is a misdemeanor crime of domestic violence under 18 U.S.C. 922(g)(9) and 18 U.S.C. 921(a)(33)(A).

10. At the time Martin possessed the firearms and ammunition in question, he knew that he had the prior conviction in question and that it was a misdemeanor crime of domestic violence.

11. The parties agree that this stipulation may be read and received into evidence at the bench trial.

IT IS SO STIPULATED.

Respectfully submitted,

Date: August 27, 2024

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
DOUGLASS BEAVERS
Assistant Federal Defenders
Attorneys for Mr. Martin

Date: August 27, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Joseph Barton*
JOSEPH BARTON
ROBERT VENEMAN-HUGHES
Assistant United States Attorneys
Attorneys for Plaintiff

Martin understands that he has the right to make the government meet its burden and prove these facts at the bench trial. Martin agrees that he has had sufficient time to discuss his decision to waive this right with his attorneys. Martin also agrees that he is not under the influence of any substances or suffering from any physical or mental health conditions that may impair his ability to understand this waiver. Finally, Martin agrees that his waiver is knowing, intelligent, and voluntary.

Martin further agrees to forfeit the firearms and ammunition in question.

Date: August 27, 2024

/s/ Benjamin Martin
BENJAMIN MARTIN