PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
ROBERT VENEMAN-HUGHES
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:21-cr-00228-NODJ-BAM |
| Plaintiff, | JURY TRIAL WAIVER |
| v. | |
| BENJAMIN JOHN MARTIN, | |
| Defendant. | |

    The defendant, Benjamin Martin, has requested to waive his right to a jury trial and proceed with a bench trial in this case before the assigned District Judge.

    Mr. Martin understands that he has an absolute, constitutional right to a jury trial in this case. A jury consists of twelve, impartial citizens selected from the community. To ensure that the jurors would be fair and impartial, the Court would question each potential juror to determine if he or she could apply the law in a fair and impartial manner. Mr. Martin further understands that his attorney could suggest questions for the Court to ask potential jurors and, at the discretion of the Court, his attorney could question potential jurors directly. His attorney could

also move to dismiss potential jurors for cause where there is reason to believe he or she could not be fair and impartial.  Moreover, through the use of preemptory challenges, his attorney could excuse up to ten potential jurors for any reason except for those reasons, such as race, that have been deemed impermissible.

Mr. Martin understands that at a jury trial, before he could be convicted on the count(s) in the Indictment, there must be a unanimous verdict of guilty beyond a reasonable doubt by all twelve jurors on each count(s).  At the bench trial that he has requested, however, only one person, the assigned District Judge, will render a verdict of guilty or not guilty beyond a reasonable doubt on each count(s).

Mr. Martin agrees that he has had sufficient time to discuss his right to a jury trial, and his decision to waive the right and proceed with a bench trial, with his attorneys.  Mr. Martin understands that the right to a jury trial belongs to him and that only he can decide whether to waive the right.

Mr. Martin agrees that he is not under the influence of any substances or suffering from any physical or mental health conditions that may impair his ability to understand this waiver.

///

///

///

Fully understanding his right to a jury trial, Mr. Martin knowingly, intelligently, and voluntarily waives the right and agrees to proceed with a bench trial in this case before the assigned District Judge:

Dated: August ___, 2024

/s/
Benjamin Martin

I consent to my client's waiver of his right to a jury trial and decision to proceed with a bench trial in this case, which I believe is knowingly, intelligently, and voluntarily made:

Dated: August ___, 2024

/s/ Hootan Baigmohammadi
Hootan Baigmohammadi
Douglas Beevers
Counsel for Benjamin Martin

On behalf of the government, I waive its right to a jury trial in this case:

Dated: August ___, 2024

/s/ Joseph Barton
Joseph Barton
Robert Veneman-Hughes
Assistant United States Attorneys

```
PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
ROBERT VENEMAN-HUGHES
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099


Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BENJAMIN JOHN MARTIN, <br><br> Defendant. | Case No. 1:21-cr-00228-NODJ-BAM <br><br> ORDER WAIVING JURY TRIAL |

Upon the parties' stipulation, and for good cause shown, the Court finds that the defendant, Benjamin Martin, has knowingly, intelligently, and voluntarily waived his right to a jury trial and decided to proceed with a bench trial in this case. The Court also finds that the government has waived its right to a jury trial and decided to proceed with a bench trial. Accordingly, the trial in this case will not be a jury trial and will instead be a bench trial.

IT IS SO ORDERED.

Dated:   **August 28, 2024**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE