HEATHER E. WILLIAMS, #122664
Federal Defender
HOOTAN BAIGMOHAMMADI, #279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
BENJAMIN MARTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:21-cr-00228-JLT-BAM |
|---|---|---|
| Plaintiff, | ) | **MEMORANDUM** |
| vs. | ) | Date: |
| BENJAMIN MARTIN, | ) | Time: |
|  | ) | Judge:  Hon. Jennifer L. Thurston |
| Defendant. | ) |  |

On January 21, 2025, the Court held a motion hearing for Mr. Martin's Motion for Bail Pending Appeal. At the hearing, the Court and parties discussed President Trump's pardon dated January 20, 2025. The government provided a copy of the pardon to the Court for their review. The parties agree that Exhibit A attached is a copy of the pardon reviewed by the Court and discussed on the record on January 21, 2025.

Date: January 31, 2025

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorney for Defendant
BENJAMIN MARTIN

-1-