HEATHER E. WILLIAMS, #122664
Federal Defender
HOOTAN BAIGMOHAMMADI, #279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
BENJAMIN MARTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00228-JLT-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO IMPOSE CONDITIONS OF RELEASE** |
| vs. | Date: |
| BENJAMIN JOHN MARTIN, | Time: |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorneys Joseph Barton, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Benjamin John Martin, that conditions of release be imposed.

1. Mr. Martin is currently incarcerated at FCI Lompoc in the custody of the Bureau of Prisons.
2. His case is currently post-conviction and before the Ninth Circuit.
3. On February 28, 2025, the Ninth Circuit granted his motion for release pending appeal and ordered that he be released from BOP custody. Furthermore, they remanded to the district court to set appropriate conditions of release. Dkt. 144.

4. Mr. Martin respectfully requests that the conditions of release in effect at the time that he was sentenced on November 25, 2024 be reimposed in full. *See* Dkt. 8 (Appearance and Compliance Bond); Dkt. 14 (Modification to $200,000 property bond); Dkt. 26 (Amended Conditions of Release); Dkt. 57 (Order removing location monitoring and curfew conditions). For ease of reference, those conditions are attached as Exhibit A.

5. The government and U.S. Pretrial Services do not oppose Mr. Martin's request.

Date: March 4, 2025                                   Respectfully submitted,

                                                      HEATHER E. WILLIAMS
                                                      Federal Defender

                                                      */s/ Hootan Baigmohammadi*
                                                      HOOTAN BAIGMOHAMMADI
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      BENJAMIN MARTIN

Date: March 4, 2025                                   MICHELE BECKWITH
                                                      Acting United States Attorney

                                                      */s/ Joseph Barton*
                                                      JOSEPH BARTON
                                                      Assistant United States Attorney
                                                      Attorneys for Plaintiff

## **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: March ____, 2025    _____
                           Honorable Barbara A. McAuliffe
                           United States Magistrate Judge