# Exhibit A

PRETRIAL SERVICES CONDITIONS OF RELEASE
RE: Martin, Benjamin John

It is respectfully recommended Your Honor order the defendant be released on a $200,000 property bond with Pretrial Services Supervision and the following special conditions of release:

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

3. You are released to the third-party custody of Brian Martin;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to Eastern District of California and Washington D.C., for Court purposes only, unless otherwise approved in advance by the pretrial services officer;

6. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

9. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

10. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

11. You must comply with the Criminal Protective Orders issued by the Fresno County Superior Court on January 11, 2019 and May 25, 2021;

12. Your release on bond is subject to the posting of one property bond for property belonging to Cara Gray with equity of no less than $200,000; and,

13. Your release on bond is delayed until the posting of the property bond, at which time you shall report to the Pretrial Services office in Fresno at 9:00 a.m., on the first business day following your release from custody.