# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>BENJAMIN JOHN MARTIN,<br><br>          Defendant. | Case No.: 1:21-cr-00228 JLT BAM<br><br>ORDER DISQUALIFYING DISTRICT JUDGE AND REASSIGNING CASE<br><br>Old Case Number: 1:21-cr-00228 JLT BAM<br>New Case Number: 1:21-cr-00228 NODJ BAM |

    Good cause appearing, the assigned District Judge disqualifies herself from all proceedings in the present action.  The Clerk of the Court SHALL reassign this action to the docket of NODJ.  The new case number is 1:21-cr-00228 NODJ.  All future pleadings shall be so numbered.  Failure to use the correct case number may result in delay in documents being received by the correct judicial officer.

IT IS SO ORDERED.

    Dated: __**March 5, 2025**__

                                                     *Jennifer L. Thurston*
                                        UNITED STATES DISTRICT JUDGE