HEATHER E. WILLIAMS, #122664
Federal Defender
HOOTAN BAIGMOHAMMADI, #279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
BENJAMIN MARTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:21-cr-00228-NODJ-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |
| vs. | Judge: Hon. Erica P. Grosjean |
| BENJAMIN JOHN MARTIN, | |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Eric Grant, through Assistant United States Attorneys Joseph Barton, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Benjamin John Martin, that conditions of release be modified as follows.

1.  Mr. Martin is currently on release pending appeal. Dkt. 147 (Stipulation and Order Imposing Conditions of Release). He is subject to a $200,000 bond secured by real property and additional conditions. Dkt. 147. ¶4 (Conditions of Release).

2.  He respectfully requests that the $200,000 property bond condition be removed. He has been fully compliant on bond for roughly five years. The property that secures his current bond is owned by his longtime partner. The roof on the home is leaking water

-1-

and needs to be repaired. His partner cannot secure a loan to pay for the repairs because of the property bond currently in place. Mr. Martin's compliance and need warrant removal of the condition.

3. The government and U.S. Pretrial Services do not oppose Mr. Martin's request.

4. All other conditions shall remain in effect.


Date: February 24, 2026                         Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

                                                /s/  Hootan Baigmohammadi
                                                HOOTAN BAIGMOHAMMADI
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                BENJAMIN MARTIN


Date: February 24, 2026                         ERIC GRANT
                                                Acting United States Attorney

                                                /s/ Joseph Barton
                                                JOSEPH BARTON
                                                Assistant United States Attorney
                                                Attorneys for Plaintiff

-2-

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: __**February 25, 2026**__ ___/s/ Erica P. Grosjean____
UNITED STATES MAGISTRATE JUDGE

-3-