HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Mr. Martin

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  1:21-cr-00228-NODJ-BAM-1 |
| Plaintiff, | ) **STIPULATION AND ORDER TO EXONERATE** |
| | ) **BOND** |
| vs. | ) |
| BENJAMIN JOHN MARTIN | ) |
| Defendant. | ) |

Defendant, Benjamin John Martin, by and through his attorney of record, Assistant Federal Defender Hootan Baigmohammadi, hereby requests this Court issue the proposed order attached hereto exonerating the $200,000 property bond in the above-captioned case (ECF 147, ¶4; Stipulation and Order to Impose Conditions of Release), and reconveying the property to the surety. The government does not oppose this request.

On October 8, 2021, Magistrate Judge Stanley A. Boone signed an order modifying Mr. Martin's pretrial release conditions to require the posting of a $200,000 property bond. (ECF 14)

On October 18, 2021, Magistrate Judge Erica P. Grosjean ordered that the cash bond which had previously secured release be returned to the surety (ECF 17) and collateral was received in the form of the Original Deed of Trust for the property owned by Cara Ann Gray. (ECF 18)

Mr. Martin complied with release conditions and remained out on bond until his Judgment and Sentencing hearing on November 25, 2024 at which he was sentenced to 38

months in custody and ordered to self-surrender on January 22, 2025.  (ECF 122).

On February 28, 2025 the Ninth Circuit granted Mr. Martin's motion for release pending appeal, ordered him released from BOP custody and remanded to the district court to set conditions of release.  (ECF 144).

On March 4, 2025 counsel stipulated that the conditions of release imposed at the time of Mr. Martin's sentencing be reimposed in full.  Judge Troy Nunley signed the order on March 5, 2025. (ECF 147).

On February 24, 2026 counsel filed a stipulation modifying conditions of release to remove the property bond requirement.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 24, 2026                   /s/  Hootan Baigmohammadi
                                          HOOTAN BAIGMOHAMMADI
                                          Assistant Federal Defender
                                          Attorneys for Defendant
                                          BENJAMIN JOHN MARTIN

Date: February 24, 2026                   ERIC GRANT
                                          United States Attorney

                                          /s/ Joseph Barton
                                          JOSEPH BARTON
                                          Assistant United States Attorney
                                          Attorneys for Plaintiff

Stipulation and [Proposed] Order to                 -2-         United States v. Benjamin John Martin,
Exonerate Bond                                                  1:21-cr-00228-NODJ-BAM-1

**O R D E R**

IT IS HEREBY ORDERED in Case No. 1:21-cr-00228-NODJ-BAM-1 that the secured property bond involving the title of the residence owned by Cara Ann Gray be exonerated and that the Clerk of the Court reconvey to the surety the title posted to secure the bond and that such reconveyance be recorded.  Defense Counsel is directed to provide a current mailing address for Cara Ann Gray to the Clerk of Court for the return of the above-referenced items.

IT IS SO ORDERED.

Dated:   **February 25, 2026**         /s/ _Eric P. Grozin_
                                        UNITED STATES MAGISTRATE JUDGE