HEATHER E. WILLIAMS, #122664
Federal Defender
HOOTAN BAIGMOHAMMADI, #279105
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
hootan_baigmohammadi@fd.org

Attorney for Defendant
Mr. Martin

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  1:21-cr-228-NODJ-BAM |
| Plaintiff, | ) |
| vs. | ) **MOTION TO WITHDRAW AS COUNSEL;** |
| | ) **ORDER** |
| BENJAMIN JOHN MARTIN, | ) |
| Defendant. | ) Judge: Hon. Barbara A. McAuliffe |
| | ) |

Undersigned counsel hereby respectfully moves to withdraw as counsel for Benjamin Martin.  Pursuant to L.R. 182(d), an attorney may withdraw from representing a client upon noticed motion and notice to the client and all other parties who have appeared. The attorney must provide the client's last known address. Leave to withdraw may be granted subject to appropriate conditions as the Court deems fit.

Mr. Martin has been noticed. He in fact is the person who requests that the Federal Defender's Office, including Hootan Baigmohammadi and Douglas Beevers (lead attorneys noticed), withdraw from representing him.

Mr. Martin's last known address is 41304 Butte Way, Madera, California 93736.

DATED: June 26, 2026

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorney for Defendant

**ORDER**

IT IS SO ORDERED that the Office of the Federal Defender is relieved as counsel. Hootan Baigmohammadi and Douglas Beevers shall be terminated as lead attorneys and no longer receive ECF notices from the case.

Dated: June 30, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE